```
Lawrence Fong (CSB #178833)
Law Offices of Lawrence Fong
40794 Fremont Blvd.
Fremont, California 94538
Tel: (510) 490-9208
Fax: (510) 490-4085

Attorney for Plaintiff
Elias Andre KHOURY
```




UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elias Andre Khoury, individually<br><br>Plaintiff,<br><br>vs.<br><br>Michael Chertoff, Secretary of the Homeland Security; Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services; Rosemary Melville, San Francisco Director, United States Citizenship and Immigration Services; Robert S. Mueller III, Director of the Federal Bureau of Investigation<br><br>Defendants. | CASE NO.:<br><br>C07-02583 PVT<br><br>PETITION FOR HEARING ON NATURALIZATION APPLICATION OF PLAINTIFF UNDER 8 U.S.C. §1447(b) |

I.
INTRODUCTION

1. This is an individual action for a hearing to decide, Plaintiff, Elias Andre Khoury's Application for Naturalization due to Defendants' failure to adjudicate the application within 120 days after the first examination in violation of the

PETITION FOR HEARING ON NATURALIZATION APPLICATION - 1

Immigration and Nationality Act (INA) §336(b) and 8 U.S.C. §1447(b).

## II.
## PARTIES

2. Plaintiff, Elias Andre Khoury is a lawful permanent resident of the United States. Plaintiff filed an N-400 Application for Naturalization on January 19, 2006. Plaintiff was interviewed for his naturalization application on June 6, 2006. Over 120 days have elapsed since his interview.

3. Defendant, Michael Chertoff is the Secretary of the Department of Homeland Security (DHS) and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. §2.1.

4. Defendant, Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the Secretary delegates authority and is subject to the Secretary's supervision. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F.R. §100.2(a).

5. Defendant, Rosemary Melville is the San Francisco District Director of the USCIS and generally charged with supervisory authority over all operations of the USCIS within her District including the San Jose, California sub-office. 8 C.F.R. §100.2(d)(2)(ii). As will be shown, Defendant District Director is the official with whom Plaintiff's naturalization application remains pending.

6. Defendant, Robert S. Mueller III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the USCIS and Department of State. As will be shown, Defendant Director has failed to complete the security clearances on Plaintiff's case.

## III.
## JURISDICTION

7. This court has jurisdiction pursuant to INA §336(b), 8 U.S.C. §1447(b) (jurisdiction for hearing on naturalization in certain cases of delay); 28 U.S.C. §1331 (federal question jurisdiction); 28 U.S.C. §2201, the Declaratory Judgment Act; 5 U.S.C. §701, the Administrative Procedures Act; and 5 U.S.C. §504, the Equal Access to Justice Act. Relief is requested pursuant to said statutes.

## IV.
## VENUE

8. Venue is proper in this court pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides and the administrative decisions delaying Plaintiff's Application for Naturalization were issued by the USCIS sub-office in San Jose, California, located within this district.

## V.
## CAUSE OF ACTION

9. Plaintiff is a lawful permanent resident (A# 094 152 652) of the United States. Plaintiff filed an N-400, Application of Naturalization with the United States Citizenship and Immigration Services and was interviewed by USCIS sub-office in

1  San Jose, California on June 6, 2006. At the interview,
2  Plaintiff passed the tests of English and U.S. History and
3  government and met all eligibility requirements for
4  naturalization pending completion of all necessary background
5  checks. (Exhibit 1).
6  10. Based on the letters dated December 13, 2006 and April 20,
7  2007, from the USCIS sub-office in San Jose, Plaintiff was
8  informed that the processing of his case has been delayed. A
9  check of the Service's record establishes that his case is not
10 yet ready for a decision, as the required investigation into his
11 FBI name check remains open. Until the name check investigation
12 is completed, the Service cannot move forward on his case.
13 (Exhibit 2 and 3).
14 11. Plaintiff's Application for Naturalization has now remained
15 unadjudicated for nearly one year from the date of interview.
16 12. Defendants have sufficient information to determine
17 Plaintiff's eligibility pursuant to applicable requirements.
18 13. Defendants, in violation of 8 U.S.C. §1446, have failed to
19 make a determination on Plaintiff's naturalization application
20 within the 120-day period after the date of examination.
21 14. Plaintiff has exhausted all administrative remedies that are
22 available to him. Defendants have willfully and unreasonably
23 delayed and have refused to complete and make a determination on
24 Plaintiff's naturalization application in a reasonable period of
25 time.
26 15. As a result of the delay by Defendants, Plaintiff is
27 suffering irreparable harm in that he is not able to exercise
28 his right to vote, his right to apply for federal employment and

contracts, his eligibility to file immigration petitions for family members and his ability to obtain a U.S. passport to facilitate his travels.

## VI.
## PRAYER

16. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order adjudicating the naturalization application. In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiff's naturalization application. In addition, Plaintiff requests an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.

Dated: May 14, 2007              Respectfully Submitted,


                                 _____
                                 Lawrence Fong
                                 Attorney for Plaintiff

Exhibit 1

U.S. Department of Homeland Security
Citizenship and Immigration Services

N-652, Naturalization Interview Results



On June 6, 2006, you were interviewed by USCIS Officer djio

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report the Oath Ceremony.

B) ___✓___ A decision cannot yet be made about your application.

It is very important that you:

Name Check Pending

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made determination on your application within 120 days of the date of your examination.

To serve you more efficiently we are replying to your letter by this informal method enabling a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

Alien Number: 094-152-652

Law Offices of LAWRENCE FONG
40794 Fremont Blvd.
Fremont, CA. 94538

Date: December 13, 2006

RE: Elias A. Khoury

Dear Applicant:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name checks remains open.

Until the name check investigation is complete, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on the case as soon as the name checks are complete. Unfortunately, the USCIS has no control over the FBI name check and we apologize for the delay. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number (1-800-375-5283)

Sincerely,
Information Unit/MEB
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 01-01-06)

*To serve you more efficiently we are replying to your letter by this informal method enabling a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.*

**Elias A. Khoury**
**C/O Lawrence Fong**
**40794 Fremont Blvd**
**Fremont CA 94538**

Alien Number: 094 152 652

Date: April 20, 2007

Dear Applicant/Attorney or Representative

In reply to your letter dated April 16, 2007, following information is provided:

The processing of your client's case has been delayed. A check of our records establishes that his/her case is not yet ready for decision, as the required investigation into her FBI name check remains open.

Until the name check investigation is completed, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number (1-800-375-5283).

Attachment:

Sincerely,
Information Unit/I-/BC
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 10-15-75)Y