# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within         days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
 CLERK                                                                                                                    DATE_____

_____
  (BY) DEPUTY CLERK

| **RETURN OF SERVICE** | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 05/17/2007 |
| Name of SERVER  ALAN FONG | TITLE | SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* By Certified Mail 1st Class Return Receipt to:
Michael Chertoff, Secretary
Office of the General Counsel
U.S. Dept. of Homeland Security, Washington, D.C. 20528

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   05/17/2007
             *Date*                                    *Signature of Server*

                                          40796 Fremont Blvd., Fremont, CA 94538
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure