1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12 ELIAS ANDRE KHOURY,                    )
                                          ) No. C 07-2583 PVT
13            Plaintiff,                  )
                                          )
14       v.                               )
                                          ) **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary of the     ) **JUDGE JURISDICTION**
   Homeland Security; EMILIO T. GONZALEZ, )
16 Director of United States Citizenship and )
   Immigration Services; ROSEMARY MELVILLE,)
17 San Francisco Director, United States  )
   Citizenship and Immigration Services;  )
18 ROBERT S. MUELLER, III, Director of the )
   Federal Bureau of Investigations,      )
19                                        )
              Defendants.                 )
20 _____)

21

22    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

23 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-2583 PVT                                      1

1  Date: July 26, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Edward A. Olsen*

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 25, 2007

*/s/ Lawrence Fong*

LAWRENCE FONG
Attorney for Plaintiff

Consent to Magistrate Jurisdiction
C07-2583 PVT

2