1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  ELIAS ANDRE KHOURY,                   )
                                          )  No. C 07-2583 PVT
13             Plaintiff,                 )
                                          )
14       v.                               )
                                          )  **STIPULATION TO DISMISS AND**
15  MICHAEL CHERTOFF, Secretary of the    )  **[PROPOSED] ORDER**
    Homeland Security; EMILIO T. GONZALEZ,)
16  Director of United States Citizenship and )
    Immigration Services; ROSEMARY MELVILLE,)
17  San Francisco Director, United States )
    Citizenship and Immigration Services; )
18  ROBERT S. MUELLER, III, Director of the )
    Federal Bureau of Investigations,     )
19                                        )
               Defendants.                )
20  _____)

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25  adjudicate such application within 30 days of the dismissal of this action.

26      Each of the parties shall bear their own costs and fees.

27  ///

28

Stip. to Dismiss
C07-2583 PVT                              1

1  Date: July 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 25, 2007

LAWRENCE FONG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 14, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stip. to Dismiss
C07-2583 PVT

2